WILLIAM E. PEASE, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

Reported below, 137 App. Div. 458, 929.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

Also motion to dismiss an appeal from an order of said Appellate Division, entered March 23, 1910, which affirmed an order of Special Term denying a motion for a new trial on the ground of newly-discovered evidence.

The first motion was made upon the ground that the judgment of the Appellate Division was unanimous and, therefore, not appealable to the Court of Appeals. The second upon the ground that the order of the Appellate Division was not appealable to the Court of Appeals.

*George D. Forsyth* for motion.

*Ernest C. Whitbeck* opposed.

Motion to dismiss appeal from judgment denied, with ten dollars costs.

Motion to dismiss appeal from order granted and appeal dismissed, with costs and ten dollars costs of motion.